# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ford, Mark E. | WDAR | 05/01/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| magistrate judge full-time | ☐ Nomination    Date<br>☐ Initial  ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Isaac C. Parker Federal Building
30 South 6th Street, Room 234
Fort Smith, AR 72901-2422

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 08/31/2014 | Withdrawal Agreement between Ford and Robertson, Beasley & Ford, PLLC. Ford to receive 60% of fees received for work done by Ford as a member of RBF. |
| 2. | 12/30/2014 | Agreement between Ford and former members of RBF. Ford to receive 60% of fees received for work done by Ford as a member of RBF and its successor, RBSR. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 05/01/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Robertson, Beasley, Shipley & Redd, PLLC - payments for fees earned before 12/31/14 | $1,675.43 |
| 2. | 2017 | Terri Drosopoulous - payments for fees earned before 12/31/14 | $265.17 |
| 3. | 2017 | Alisa Morris - payments for fees earned before 12/31/14 | $500.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 05/01/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Arvest Bank - Accounts | A | Interest | L | T | | | | | |
| 2. Arvest Asset Management: JT TEN Fundsource Brokerage Account (H) | | | | | | | | | |
| 3. - Edgewood Growth Fund Instl Class (name change only) | A | Dividend | J | T | Sold (part) | 09/13/17 | J | A | |
| 4. - American Funds Washington Mutual Fd F2 | A | Dividend | J | T | Sold (part) | 09/12/17 | J | A | |
| 5. - Baron Invt Funds Trust Small Cap Fund Instl. Shares Class I | A | Distribution | J | T | Buy | 09/12/17 | J | | |
| 6. - Ridgeworth FDS Mid-Cap Value Equity Fd Class I | | None | | | Sold | 07/14/17 | J | A | |
| 7. - Deutsche Secs Tr Global Real Estate Secs Fd Cl S | A | Dividend | | | Sold | 09/12/17 | J | A | |
| 8. - Deutsche Secs TR Enhanced Commodity Strat Fd Instl Class | A | Dividend | J | T | | | | | |
| 9. - Eaton Vance Ser II Income Fund Boston Cl I | A | Dividend | J | T | | | | | |
| 10. - Franklin Value Invs Tr Small Cap Value FD Advisor CL | | None | | | Sold | 09/12/17 | J | A | |
| 11. - Goldman Sachs TR FINL Square TREAS INSTRS FD INSTL CL | A | Dividend | J | T | Buy (add'l) | 09/13/17 | J | | |
| 12. - Harbor FD INTL FD INSTL CL | A | Dividend | J | T | Buy (add'l) | 09/12/17 | J | | |
| 13. - Harbor FD CAP APPRECIATION FD INSTL CL | A | Dividend | J | T | Buy | 09/12/17 | J | | |
| 14. - Janus Henderson Funds Flexible BD FD Class I (name change only) | A | Dividend | J | T | Buy (add'l) | 09/12/17 | J | | |
| 15. - Lazard FDS INC Emerging MKTS PORT INSTL SHS | A | Dividend | J | T | | | | | |
| 16. - MFS SER TR I Value FD CL I | A | Dividend | J | T | Buy (add'l) | 09/12/17 | J | | |
| 17. - MFS SER TR X Emerging Mkts Debt FD Class I | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - American Funds EuroPacific Growth Fund Class F-2 (name change only) | A | Dividend | J | T | | | | | |
| 19. - Oppenheimer INTL GRWTH FD CL Y SHS | A | Dividend | J | T | | | | | |
| 20. - Principal Funds Inc Global Real Estate Secs Fund Instl CL | A | Dividend | J | T | Buy | 09/12/17 | J | | |
| 21. - Virtis Vontobel Emerging Mkts Opprtnties FD CL I (name change only) | A | Dividend | J | T | | | | | |
| 22. - Virtus Asset TR Ceredex Mid Cap Value Equity Fund CL I | A | Dividend | J | T | Buy | 07/14/17 | J | | |
| 23. - T Rowe Price Mid-Cap Growth FD INC | A | Dividend | J | T | | | | | |
| 24. - T Rowe Price Real Est Fund INC | A | Dividend | J | T | Buy (add'l) | 09/13/17 | J | | |
| 25. - Touchstone INSTL FDS TR SANDS CAP INSTL Growth FD | | None | | | Sold | 09/12/17 | J | A | |
| 26. - Victory Portfolios RS Small Cap Growth FD CL Y | | None | | | Sold | 09/12/17 | J | A | |
| 27. - Victory Sycamore Small Co Oppty FD CL I | A | Dividend | J | T | Buy | 09/12/17 | J | | |
| 28. Arvest Asset Management: SEP IRA Brokerage Account (H) | | | | | | | | | |
| 29. - Wells Fargo 100% Treasury Money Market | A | Dividend | J | T | | | | | |
| 30. - Edgewood Growth Fund Instl Class (name change only) | A | Dividend | J | T | Sold (part) | 09/12/17 | J | A | |
| 31. - American Funds Washington Mutual Fd F2 | A | Dividend | J | T | Sold (part) | 09/12/17 | J | A | |
| 32. - Baron Invt Funds Trust Small Cap Fund Instl. Shares Class I | B | Distribution | J | T | Buy | 09/12/17 | J | | |
| 33. | | | | | Buy (add'l) | 09/13/17 | J | | |
| 34. - Ridgeworth Fds Mid-Cap Value Equity Fd Class I | | None | | | Sold | 07/14/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Deutsche Secs Tr Global Real Estate Secs Fd Cl S | A | Dividend | | | Sold | 09/12/17 | J | A | |
| 36. - Deutsche Secs Tr Enhanced Commodity Strat Fd Instl Class | A | Dividend | J | T | | | | | |
| 37. - Eaton Vance Ser II Income Fund Boston Cl I | A | Dividend | J | T | | | | | |
| 38. - Franklin Value Invs Tr Small Cap Value FD Advisor CL | | None | | | Sold | 09/12/17 | J | A | |
| 39. - Goldman Sachs TR FINL Square TREAS INSTRS FD INSTL CL | A | Dividend | J | T | | | | | |
| 40. - Harbor FD INTL FD INSTL CL | A | Dividend | J | T | Buy (add'l) | 09/12/17 | J | | |
| 41. - Harbor FD CAP APPRECIATION FD INSTL CL | A | Dividend | J | T | Buy | 09/12/17 | J | | |
| 42. - Janus Henderson Funds Flexible BD FD Class I (name change only) | A | Dividend | J | T | Buy (add'l) | 09/12/17 | J | | |
| 43. - Lazard FDS INC Emerging MKTS PORT INSTL SHS | A | Dividend | J | T | | | | | |
| 44. - MFS SER TR I Value FD CL I | A | Dividend | J | T | Buy (add'l) | 09/12/17 | J | | |
| 45. - MFS SER TR X Emerging Mkts Debt FD Class I | A | Dividend | J | T | | | | | |
| 46. - American Funds EuroPacific Growth Fund Class F-2 (name change only) | A | Dividend | J | T | | | | | |
| 47. - Oppenheimer INTL GRWTH FD CL Y SHS | A | Dividend | J | T | | | | | |
| 48. - Principal Funds Inc Global Real Estate Secs Fund Instl CL | A | Dividend | J | T | Buy | 09/12/17 | J | | |
| 49. - Virtis Vontobel Emerging Mkts Opprtnties FD CL I (name change only) | A | Dividend | J | T | Sold (part) | 09/12/17 | J | A | |
| 50. - Virtus Asset TR Ceredex Mid Cap Value Equity Fund CL I | A | Dividend | J | T | Buy | 07/14/17 | J | | |
| 51. - T Rowe Price Real Est Fund INC | A | Dividend | J | T | Buy (add'l) | 09/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - T Rowe Price Mid-Cap Growth FD INC | A | Dividend | J | T | | | | | |
| 53. - Touchstone INSTL FDS TR SANDS CAP INSTL Growth FD | | None | | | Sold | 09/12/17 | J | A | |
| 54. - Victory Portfolios RS Small Cap Growth FD CL Y | | None | | | Sold | 09/12/17 | J | A | |
| 55. - Victory Sycamore Small Co Oppty FD CL I | A | Dividend | J | T | Buy | 09/12/17 | J | | |
| 56. Arvest Asset Management: IRA Brokerage Account (H) | | | | | | | | | |
| 57. - Edgewood Growth Fund Instl Class (name change only) | A | Dividend | J | T | Sold (part) | 09/12/17 | J | A | |
| 58. - American Funds Washington Mutual Fd F2 | A | Dividend | J | T | Sold (part) | 09/12/17 | J | A | |
| 59. - Baron Invt Funds Trust Small Cap Fund Instl. Shares Class I | A | Distribution | J | T | Buy | 09/12/17 | J | | |
| 60. - Ridgeworth Fds Mid-Cap Value Equity Fd Class I | | None | | | Sold | 07/14/17 | J | A | |
| 61. - Deutsche Secs Tr Global Real Estate Secs Fd Cl S | A | Dividend | | | Sold | 09/12/17 | J | A | |
| 62. - Deutsche Secs Tr Enhanced Commodity Strat Fd Instl Class | A | Dividend | J | T | | | | | |
| 63. - Eaton Vance Ser II Income Fund Boston Cl I | A | Dividend | J | T | | | | | |
| 64. - Franklin Value Invs Tr Small Cap Value FD Advisor CL | | None | | | Sold | 09/12/17 | J | A | |
| 65. - Goldman Sachs TR FINL Square TREAS INSTRS FD INSTL CL | A | Dividend | J | T | Buy | 09/13/17 | J | | |
| 66. - Harbor FD INTL FD INSTL CL | A | Dividend | J | T | Buy (add'l) | 09/12/17 | J | | |
| 67. - Harbor FD CAP APPRECIATION FD INSTL CL | A | Dividend | J | T | Buy | 09/12/17 | J | | |
| 68. - Janus Henderson Funds Flexible BD FD Class I (name change only) | A | Dividend | J | T | Buy (add'l) | 09/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Lazard FDS INC Emerging MKTS PORT INSTL SHS | A | Dividend | J | T | | | | | |
| 70. - MFS SER TR I Value FD CL I | A | Dividend | J | T | Buy (add'l) | 09/12/17 | J | | |
| 71. - MFS SER TR X Emerging Mkts Debt FD Class I | A | Dividend | J | T | | | | | |
| 72. - American Funds EuroPacific Growth Fund Class F-2 (name change only) | A | Dividend | J | T | | | | | |
| 73. - Oppenheimer INTL GRWTH FD CL Y SHS | A | Dividend | J | T | | | | | |
| 74. - Principal Funds Inc Global Real Estate Secs Fund Instl CL | A | Dividend | J | T | Buy | 09/12/17 | J | | |
| 75. - Virtis Vontobel Emerging Mkts Opprtnties FD CL I (name change only) | A | Dividend | J | T | Sold (part) | 09/12/17 | J | A | |
| 76. - Virtus Asset TR Ceredex Mid Cap Value Equity Fund CL I | A | Dividend | J | T | Buy | 07/14/17 | J | | |
| 77. - T Rowe Price Real Est Fund INC | A | Dividend | J | T | Buy (add'l) | 09/12/17 | J | | |
| 78. - T Rowe Price Mid-Cap Growth FD INC | A | Dividend | J | T | | | | | |
| 79. - Touchstone INSTL FDS TR SANDS CAP INSTL Growth FD | | None | | | Sold | 09/12/17 | J | A | |
| 80. - Victory Portfolios RS Small Cap Growth FD CL Y | | None | | | Sold | 09/12/17 | J | A | |
| 81. - Victory Sycamore Small Co Oppty FD CL I | A | Dividend | J | T | Buy | 09/12/17 | J | | |
| 82. Arvest Asset Management: Spousal IRA Brokerage Account (H) | | | | | | | | | |
| 83. - WF Treasury Money Market | A | Dividend | J | T | Buy (add'l) | 03/31/17 | J | | |
| 84. American Funds Brokerage Account (H) | | | | | | | | | |
| 85. - The New Economy Fund - A Fund # 14 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ford, Mark E. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Washington Mutual Investors Fund - A Fund # 1 | A | Dividend | J | T | | | | | |
| 87. Northwestern Mutual Life: Extraordinary Life Policy | B | Dividend | K | T | | | | | |
| 88. Northwestern Mutual Life: 90 Life | A | Dividend | J | T | | | | | |
| 89. Northwestern Mutual Life: 90 Life | A | Dividend | J | T | | | | | |
| 90. Northwestern Mutual Life: 90 Life | A | Dividend | J | T | | | | | |
| 91. Northwestern Mutual Life: 65 Life | A | Dividend | J | T | | | | | |
| 92. Northwestern Mutual Life: 65 Life | A | Dividend | J | T | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets listed in Part VII, lines 6, 34, and 60, generated no income during the reportable period, and they were sold on 07/14/17 as reported in Column D.

The assets listed in Part VII, lines 10, 25, 26, 38, 53, 54, 64, 79, and 80, generated no income during the reporting period, and they were sold on 09/12/2017 as reported in Column D.

The asset listed in Part VII, lines 3, 30, and 57, "Edgewood Growth Fund Instl Class," was previously listed in Part VII of my 2016 amended report, lines 3, 28, and 53, as "Advisors Inner Circle Edgewood Growth Fund Instl Class." The asset underwent a name change, but it is otherwise the same.

The asset listed in Part VII, lines 14, 42, and 68, "Janus Henderson Funds Flexible BD FD Class I," was previously listed in Part VII of my 2016 amended report, lines 13, 38, and 62, as "Janus INVT FD Flexible BD FD Class I." The asset underwent a name change, but it is otherwise the same.

The asset listed in Part VII, lines 21, 49, and 75, "Virtis Vontobel Emerging Mkts Opprtnties FD CL I," was previously listed in Part VII of my 2016 amended report, lines 19, 44, and 68, as "Virtis Opportunities TR Emerging Mkts Opptys FD CL I." The asset underwent a name change, but it is otherwise the same.

The asset listed in Part VII, lines 18, 46, and 72, "American Funds EuroPacific Growth Fund Class F-2," was previously listed in Part VII of my 2016 amended report, lines 17, 42, and 66, as "American EuroPacific Growth FU CL F2." The asset's name has been corrected, but it is otherwise the same.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark E. Ford**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544